**Clarence Leonard HEARNS, Jr., Plaintiff-Appellant,**

v.

**A. HEDGPETH; Jensen, Defendants-Appellees.**

No. 15-17304

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 23, 2016

Clarence Leonard Hearns, Jr., Pro Se

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Clarence Leonard Hearns, Jr., a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendants violated his First Amendment right of access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Hearns's action because Hearns failed to allege facts sufficient to state a plausible claim. *See Hebbe v. Pliler*, 627 F.3d 338, 341–42 (9th Cir. 2010) (although pro se pleadings are construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief); *see also Lewis v. Casey*, 518 U.S. 343, 348–49, 352–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (an access-to-courts claim requires a plaintiff to show that defendants' conduct caused actual injury to a non-frivolous legal claim).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.